UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Keith J. Galvin

    v.                                              Civil No. 09-cv-104-PB

William Pepe et al.

**ORDER**

Before the Court is Defendants' motion to compel production of electronic correspondence to or from Kerry Alvino (doc. no. 27). Plaintiff has filed a memorandum (doc. no. 29) in opposition to this motion.

To assist the Court in ruling on this motion, plaintiff is hereby ordered to file for *in camera* review all electronic correspondence that it considers to be responsive to defendants' motion by 5 P.M., August 3, 2010.

**SO ORDERED.**

                                        /s/ Landy B. McCafferty
                                    Landya B. McCafferty
                                    United States Magistrate Judge

Date: August 2, 2010

cc:  Laurence B. Cote, Esq.
     Thomas J. Fay, Esq.
     Elsabeth D. Foster, Esq.
     Peter J. Perroni, Esq.
     Andrew Ranks, Esq.