```
                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Keith J. Gavin**

    v.                                      Case No. 09-cv-104-PB

**William Pepe, et al.**


### O R D E R

The November 19, 2010 status conference is cancelled. Within 10 days the parties shall file a joint status report apprising the court of the status of discovery and suggesting an agreed-upon date for trial.

    SO ORDERED.

```
                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge
```

November 16, 2010

cc:   Peter J. Perroni, Esq.
      Thomas J. Fay, Esq.
      Andrew Ranks, Esq.
      Elisabeth D. Foster, Esq.
      Laurence B. Cote, Esq.